# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THOMAS LAMAR LEE JR., | CASE NO. |
| Plaintiff, | |
| vs. | |
| TRANSUNION CONSUMER SOLUTIONS, | |
| Defendant. | |

## TRANS UNION LLC'S NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, Defendant Trans Union LLC (improperly identified as TransUnion Consumer Solutions) ("Trans Union") hereby removes the subject action from the Justice of the Peace Court, Kent County, State of Delaware (the "State Court"), to the United States District Court for the District of Delaware, on the following grounds:

1. Plaintiff Thomas Lamar Lee, Jr. served Trans Union on or about June 25, 2024 with a Complaint, Case Information sheet and Notice of Electronic Filing from the State Court. Copies of the foregoing are attached hereto as **Exhibit A**. No other process, pleadings or orders have been served on Trans Union.[1]

2. Plaintiff makes claims under, alleges that Trans Union violated and alleges that Trans Union is liable under the Fair Credit Reporting Act, 15 U.S.C. § 1681 et seq. (the "FCRA"). See generally Complaint.

---

[1] Although the Notice of Electronic Filing appears to reference Attachments submitted with the Complaint, the Attachments were not served upon Trans Union.

3. This Court has original jurisdiction over the subject action pursuant to 28 U.S.C. § 1331 since there is a federal question. As alleged, this suit falls within the FCRA which thus supplies this federal question.

4. Pursuant to 28 U.S.C. § 1441, et seq., this cause may be removed from the State Court to the United States District Court for the District of Delaware.

5. Notice of this removal will promptly be filed with the State Court and served upon all adverse parties.

WHEREFORE, Defendant Trans Union, LLC, by counsel, removes the subject action from the State Court to this United States District Court.

Date:  July 9, 2024

Respectfully submitted,

**COOCH AND TAYLOR, P.A.**

*/s/ Blake A Bennett*
Blake A. Bennett (#5133)
The Brandywine Building
1000 N. West Street, Suite 1500
Wilmington, DE  19801
Telephone:  (302) 984-3800
E-Mail:  bbennett@coochtaylor.com

*Counsel for Defendant Trans Union LLC (improperly identified as TransUnion Consumer Solutions)*

## **CERTIFICATE OF SERVICE**

The undersigned certifies that a true copy of the foregoing was served on the following parties via First Class, U.S. Mail, postage prepaid, on the **9th day of July, 2024**, properly addressed as follows:

| **Pro Se Plaintiff**<br>Thomas Lamar Lee Jr.<br>150 Hawk Creek Lane<br>Clayton, DE 19938<br>Thomaslee215@gmail.com | |
|---|---|

*/s/ Blake A Bennett*
Blake A. Bennett (#5133)