# EXHIBIT A

# COMPLAINT TO TRANS UNION, LLC

Plaintiff:
Implied Surety: Thomas Lamar Lee Jr Private American Private Citizen National
c/o 150 Hawk Creek Lane
Clayton, Delaware [19938]
Thomaslee215@gmail.com
2672485104
June 15, 2024

Defendant:
TransUnion Consumer Solutions
555 West Adams Street
Sixth Floor
Chicago, IL 60661
USA
(312) 258-1717

Justice of the Peace Court 16
414 Federal Street, Room 173 Dover, DE 19901
Phone:(302) 739-4316
Fax:(302) 674-7111

Case Number: JP16-24-005413

COMPLAINT

Factual Background:

The Plaintiff, Implied Surety: Thomas Lamar Lee Jr Private American Private Citizen National, alleges that the Defendant, TransUnion Consumer Solutions has willfully and intentionally violated their consumer rights under the Fair Credit Reporting Act (FCRA) and the Fair Debt Collection Practices Act (FDCPA).

The Defendant, TransUnion Consumer Solutions is a consumer reporting agency that has repeatedly reported inaccurate and unverifiable information on the Plaintiff's consumer report, despite being made aware of these errors.

The Plaintiff has diligently disputed the alleged debt owed to the following
1. AMERICAN EXPRESS 349992993651
2. AMERICAN EXPRESS 349993018395
3. AMERICAN EXPRESS 349993018400
4. AMERICAN EXPRESS 349993018400
5. AMERICAN EXPRESS 349993019196
6. CAPITAL ONE 515676779224

7. DISCOVER BANK 601101209327
8. NAVY FEDERAL CR UN 1000014300157865
9. NAVY FEDERAL CR UN 50000137955003973
10. UPSTART NETWORK INC L307****
11. OLIPHANT USA LLC 2017****

which is being reported by TransUnion Consumer Solutions via multiple letters, affidavits, emails, and phone calls. However, the Defendant has failed to correct the inaccurate information, resulting in severe consequences for the Plaintiff.

Lack of Response:

I have sent numerous requests to TransUnion and the Furnishers seeking validation of the alleged debt, through various forms of phone calls, emails, disputes, and affidavits but only received auto-verified responses from TransUnion Consumer Solutions elaborate mechanism systems. However, the Furnishers has consistently failed to respond to my certified requests, further infringing upon my consumer rights.

Defamation of Character:
As per the FCRA, I made TransUnion Consumer Solutions aware the Furnishers lack to validate this alleged debt, however, TransUnion Consumer Solutions continued reporting inaccurate information, despite being made aware of the errors, which has resulted in significant harm to my reputation and character. TransUnion Consumer Solutions actions have severely impacted my ability to secure employment, obtain loans, and open bank accounts. The emotional distress and suffering caused by this situation have disrupted my way of life and inflicted significant hardship upon me.

Violations of Consumer Rights:

The Defendant, TransUnion Consumer Solutions has violated the Fair Credit Reporting Act (FCRA) by:

a. Failing to conduct a reasonable reinvestigation of the disputed information.
b. Failing to correct inaccurate and unverifiable information on the Plaintiff's consumer report.
c. Failing to provide the Plaintiff with a notice of the results of the reinvestigation within the required timeframe.

The Defendants,

1. AMERICAN EXPRESS 349992993651
2. AMERICAN EXPRESS 349993018395
3. AMERICAN EXPRESS 349993018400
4. AMERICAN EXPRESS 349993018400
5. AMERICAN EXPRESS 349993019196
6. CAPITAL ONE 515676779224
7. DISCOVER BANK 601101209327
8. NAVY FEDERAL CR UN 1000014300157865
9. NAVY FEDERAL CR UN 50000137955003973

10. UPSTART NETWORK INC L307****
11. OLIPHANT USA LLC 2017****

has violated the Fair Debt Collection Practices Act (FDCPA)

by:

a. Failing to validate the alleged debt, as mandated by federal law, despite the Plaintiff's diligent requests and supporting documentation.
b. Engaging in unfair, deceptive, and abusive practices by continuing to report inaccurate and unverifiable information on the Plaintiff's consumer report, causing significant harm and distress.

Damages Sought:

The Plaintiff seeks the following damages:

a. $12,000 in compensation for defamation of character, as a result of TransUnion Consumer Solutions reporting of inaccurate information.
b. Reimbursement of all costs and expenses incurred in pursuing this legal action, including court fees and attorney fees, if applicable.

The Plaintiff also requests that the Court orders TransUnion Consumer Solutions to immediately DELETE these accounts and rectify the inaccuracies on the Plaintiff's consumer report and cease reporting any inaccurate or unverifiable information in the future, so that the Plaintiff can secure a respectable Job, open an account and secure public credit to purchase a home for their family.

Conclusion:

The Plaintiff, Thomas Lamar Lee Jr, Private American Private Citizen National respectfully requests that the Small Claims Court of Delaware considers this complaint and provides the appropriate relief in accordance with the law. The Plaintiff believes that the evidence presented supports the allegations of violations of consumer rights and justifies the damages sought.

I declare under penalty of perjury under the laws of Delaware that the foregoing is true and correct to the best of my knowledge and belief.
June day of 15, 2024

Implied Surety: Thomas Lamar Lee Jr Private American Private Citizen National

 

# Case Filed

## Case Information

**Date:** 06-18-2024

**Approved By:** Christopher Johnson

**Case Title:** THOMAS LAMAR, LEE JR VS TRANSUNION CONSUMER SOL.

**Case Number:** JP16-24-005413

**Court Name:** JUSTICE OF THE PEACE COURT

**Judge:**

**Case Type:** JP DEBT ACTION

DR 06/25/2024 (OODH85) 66.176597.13019997

JUSTICE OF THE PEACE COURT OF THE STATE OF DELAWARE
IN AND FOR **KENT** COUNTY
COURT NO **16**

Electronically Filed
2024-06-17 19:29:43
Clerk of Court
JP16-24-005413

CIVIL ACTION NO. _____

**COURT ADDRESS**
Justice of the Peace Court 16
414 Federal Street, Room 173 Dover, DE 19901

Please list plaintiffs and defendants. Add additional party names and addresses on form CF01AP.

| | PLAINTIFF(S) | VS. | DEFENDANT(S) |
|---|---|---|---|
| 1) Name | Thomas Lamar Lee Jr | | TransUnion Consumer Solutions |
| Address | 150 HAWK CREEK LANE Clayton, Delaware [19938] | | 555 West Adams Street Sixth Floor Chicago, IL 60661 |
| System ID# | | | |
| Phone | 2672485104 | | (312) 258-1717 |
| Email Address | Thomaslee215@gmail.com | | |
| 2) Name | | VS. | |
| Address | | | |
| System ID# | | | |
| Phone | | | |
| Email Address | | | |

**Plaintiff's Attorney or Agent, if any:**

Address ____
System ID# (bar#) ____
Phone ____
Email address ____

**Defendant's Attorney or Agent, if any:**

Address ____
System ID# (bar#) ____
Phone ____
Email Address ____

**Check One**
[✓] Individual
[ ] Corporation or other Artificial entity (see Supreme Court Rule 57)

**Check One**
[ ] Individual
[✓] Corporation or other Artificial entity (see Supreme Court Rule 57)
Alternate Address [ ] Physical [ ] Mailing [ ] Rental

**Type of Service:** (Check One)
[✓] Court Service
[ ] Special Process Server

**Type of Action:** (Check One)
[✓] Debt   [ ] Replevin
[ ] Deficiency Judgment
[ ] Trespass
[ ] Summary Possession (LLT) - Specify [ ] Commercial Unit [ ] Residential Unit

**COMPLAINT-**

1. Concise Statement of Facts: (Who, What, When, Where, How?)
The Plaintiff, Thomas Lamar Lee Jr Private American Private Citizen National, alleges that the Defendant, TransUnion Consumer Solutions has willfully and intentionally violated their consumer rights under the Fair Credit Reporting Act (FCRA)

2. Relief Sought:
$ 12,000  Amount of money claimed. (Not including interest)
$ ____ Pre Judgment Interest at ____ % legal rate OR ____ % contractual rate
$ ____ Post Judgment Interest at ____ % legal rate OR ____ % contractual rate
$ ____ Court Costs.
$ ____ Other ____
Possession
Return of personal property OR $ ____

Jury Trial Demanded (Possession only) [ ] Yes [ ] No
Total value (Attach list of property stating description, number and value of items on 8 ½" x 11" paper

TO: THE JUSTICE OF THE PEACE COURT
Please docket the above-captioned case and issue a Summons to the above-named Defendant(s) to appear before you so there may be a trial on this case and judgment for the Plaintiff(s), together with interest and costs of this proceeding; or, for an Attachment in Lieu of Summons, please issue same and direct the Constable to execute the proper process.

June 18, 2024
Date

/s/ Thomas Lamar Lee Jr 3796105
Plaintiff or Plaintiff's Attorney

II. COMMENCEMENT OF ACTION; SERVICE OF PROCESS; PLEADINGS; MOTIONS AND ORDERS. Rule 3. Commencement of action.
(a) Commencement. A civil action is commenced by filing a complaint and praecipe with the Court in such form as the Court prescribes. Sufficient copies of the complaint shall be filed so that one copy can be served on each defendant. When an action is governed by a special statute, it shall be commenced in the manner prescribed by such statute.

JP Civil Form No. 01 (Rev 9/2/20)

VIEW YOUR CASE ONLINE: https://courtconnect.courts.delaware.gov

DR 06/25/2024 (00DH85) 68.176597.13019997
6/19/24



\*\*\* IMPORTANT NOTICE - READ THIS INFORMATION \*\*\*
NOTICE OF ELECTRONIC FILING [NEF]

### An electronic filing has been accepted for approval by the Clerk

**Case Number:** JP16-24-005413

**Judge:**

**Date Filing(s) Submitted (transmitted):** 06-17-2024:19:29:43

| List of Document(s) Submitted (transmitted): | Official File Stamp |
|---|---|
| CLAIM AMOUNT OVER $5000 Thomas Lamar Lee Jr VS TRANSUNION CONSUMER SOLUTIONS | 06-17-2024:19:29:43 |
| - ATTACHMENT TO FILING COMPLAINT | 06-17-2024:19:29:43 |
| - ATTACHMENT TO FILING Main arguments | 06-17-2024:19:29:43 |
| - ATTACHMENT TO FILING Exhibit 67_Ledger | 06-17-2024:19:29:43 |
| - ATTACHMENT TO FILING TransunionALL | 06-17-2024:19:29:43 |
| - ATTACHMENT TO FILING AMEX_Exhibits | 06-17-2024:19:29:43 |
| - ATTACHMENT TO FILING CAP 1_merged | 06-17-2024:19:29:43 |
| - ATTACHMENT TO FILING Discover_ | 06-17-2024:19:29:43 |
| - ATTACHMENT TO FILING NAVYFEDERAL_ | 06-17-2024:19:29:43 |
| - ATTACHMENT TO FILING UPSTART_ | 06-17-2024:19:29:43 |
| - ATTACHMENT TO FILING Merged_Denials | 06-17-2024:19:29:43 |
| - ATTACHMENT TO FILING CFPB COMPLAINTS_ | 06-17-2024:19:29:43 |
| - ATTACHMENT TO FILING USPS TRACKING NUMBERS | 06-17-2024:19:29:43 |

**Court:** Justice of the Peace Court
JP COURT 16 DOVER

**Case Title:** THOMAS LAMAR, LEE JR VS TRANSUNION CONSUMER SOL.

**Filed by:** Thomas L Lee, Jr

This notice was automatically generated by the courts auto-notification system.

**The following people were served electronically on 06-18-2024:08:13:35:**
THOMAS L LEE

**The following people have not been served electronically by the Court. Therefore, they must be served by traditional means:**
TRANSUNION CONSUMER SOLUTIONS