**UNITED STATES DISTRICT COURT**
**DISTRICT OF DELAWARE**

THOMAS LAMAR LEE JR.,                                   CASE NO. 1:24-cv-00798-MN

    Plaintiff,

    vs.

TRANSUNION CONSUMER SOLUTIONS,

    Defendant.

**ORDER OF DISMISSAL WITH PREJUDICE**

Plaintiff Thomas Lamar Lee Jr., *Pro Se*, and Defendant Trans Union, LLC (improperly identified as Transuion Consumer Solutions), by counsel, having filed their Stipulation Of Dismissal With Prejudice Between Plaintiff And Defendant Trans Union, LLC, AND THE COURT, having been duly advised, NOW FINDS that the same should be granted.

IT IS, THEREFORE, ORDERED that all claims of Plaintiff Thomas Lamar Lee Jr. against Defendant Trans Union, LLC (improperly identified as Transunion Consumer Solutions) are dismissed, with prejudice. Plaintiff Thomas Lamar Lee Jr. and Defendant Trans Union, LLC (improperly identified as Transunion Consumer Solutions) shall each bear their own costs and attorneys' fees.

Date:   July 24, 2024

The Honorable Maryellen Noreika
United States District Judge